UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CREATIVECODE LTD.<br>    Plaintiff,<br><br>v.<br><br>DOES 1-20<br><br>    Defendants. | CASE NO. 23-cv-03832-LJC<br><br>**AMENDED** [**PROPOSED**] ORDER GRANTING **IN PART** PLAINTIFF'S *EX PARTE* APPLICATION FOR LEAVE TO TAKE IMMEDIATE AND LIMITED DISCOVERY |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION TO TAKE IMMEDIATE AND LIMITED DISCOVERY**

The Court has reviewed Plaintiff's Application with attached Exhibits, Plaintiff's *Ex Parte* Application for Leave to Take Immediate and Limited Discovery and all the papers filed in connection with the application. Accordingly, the Court finds good cause for early discovery. *Zynga Game Network Inc. v. John Does 1-5*, Case No. 09-cv-05232, 2010 WL 271426 (N.D. Cal. Jan. 21, 2020) (granting limited discovery to determine defendants' identities and locations for purposes of service under Rule 4 of the Federal Rules of Civil Procedure. Plaintiff's application is GRANTED IN PART AND DENIED IN PART. It is hereby:

    1.    ORDERED that Plaintiff's *Ex Parte* Application for Leave to Take Immediate and Limited Discovery is GRANTED; it is further

2. ORDERED that Plaintiff may immediately serve Rule 45 subpoenas to Google, LLC ("Google"), to obtain the DMCA Notices submitted to Google by the Doe Defendants as referenced in Plaintiff's Complaint (the "DMCA Notices") and to obtain any identifying information related to the senders of said DMCA Notices including:

- All Google account information, including youtube.com account information, of the senders of the DMCA Notices; and

- All email addresses, IP addresses, <ins>name, current and permanent addresses, telephone numbers,</ins> and any metadata related to the senders of the DMCA Notices <ins>to determine Doe Defendants' identities and locations</ins>.

3. ORDERED that Plaintiff <del>may serve Rule 45 subpoenas to any internet service provider ("ISP"), email provider, or other such technology or other service providers, that may have further information arising from the information obtained from Google, solely to provide identifying information (*e.g.*, additional IP addresses, names, physical addresses, telephone numbers, email addresses, *etc.*) of the Doe Defendants.</del> <ins>shall file a further *Ex Parte* Application to Serve additional Rule 45 subpoenas should the limited discovery granted by this Court fail to identify and indicate the location of the Doe Defendants.</ins>

4. ORDERED that Plaintiff shall serve a copy of this Order along with any subpoenas issued pursuant to this Order.

5. ORDERED that if any entity subpoenaed pursuant to this Order wishes to move to quash the subpoena, it must do so before the return date of the subpoena, which shall be no earlier than 30 days from the date of service.

6. ORDERED that the subpoenaed entity shall preserve any subpoenaed information pending the resolution of any timely-filed motion to quash.

1  DATED: November 1, 2023___                    _____
                                                 United States District Judge
2
3
4
...
24