UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CREATIVECODE LTD., <br><br>　　　　　Plaintiff, <br><br>　　v. <br><br>DOE 1-20, <br><br>　　　　　Defendant. | Case No.  23-cv-03832-LJC <br><br>**ORDER RE: SERVICE OF SUMMONS PURSUANT TO RULE 4(M)** |

Plaintiff CreativeCode Ltd. filed this action on July 31, 2023.  ECF No. 1.  The deadline for Plaintiff to have served the Doe defendants under Rule 4(m) of the Federal Rules of Civil Procedure has passed.  By January 2, 2024, Plaintiff shall file a motion pursuant to Civil Local Rule 6-1(b) requesting an order to enlarge the time for service of summons under Rule 4(m).  The motion shall comply with Civil Local Rule 6-3, which requires, among other things, a supporting declaration.  Plaintiff shall describe in the declaration the status of its efforts to identify defendants.  Failure to comply with this deadline may result in this case being reassigned to a district judge with the recommendation that it be dismissed for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated: December 7, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　LISA J. CISNEROS
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge