**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CREATIVECODE LTD.<br>    Plaintiff,<br><br>v.<br><br>DOES 1-20<br><br>    Defendants. | CASE NO. 23-cv-03832-LJC<br><br>[PROPOSED] ORDER AS MODIFIED GRANTING PLAINTIFF'S MOTION TO ENLARGE TIME FOR SERVICE |

### [PROPOSED] ORDER AS MODIFIED GRANTING PLAINTIFF'S MOTION TO ENLARGE TIME FOR SERVICE

The Court has reviewed Plaintiff's Motion to Enlarge Time for Service (the "Motion") and all the papers filed in connection with the Motion. Accordingly, it is hereby:

1. ORDERED that Plaintiff's Motion is GRANTED; and it is further

2. ORDERED that Plaintiff has until ninety (90) days following the date of this order to make service of the Complaint on Defendants under Fed. R. Civ. P. 4(m). The Court sets an Initial Case Management Conference for July 18, 2024, at 1:30 p.m., via Zoom. The Case Management Statement is due by July 11, 2024.

DATED: February 15, 2024

_____
Hon. Lisa J. Cisneros
United States Magistrate Judge

1