UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CREATIVECODE LTD.<br><br>Plaintiff,<br><br>v.<br><br>DOES 1-20<br><br>Defendants. | CASE NO. 23-cv-03832-LJC<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION FOR LEAVE TAKE ADDITIONAL IMMEDIATE AND LIMITED DISCOVERY AND TO ENLARGE TIME FOR SERVICE<br><br>AS MODIFIED |

The Court has reviewed Plaintiff's *Ex Parte* Application for Leave to Take Additional Immediate and Limited Discovery and to Enlarge Time for Service, and all the papers filed in connection with the Application. Accordingly, the Court finds good cause for additional early discovery to determine the identities of the Defendants. *Zynga Game Network Inc. v. John Does 1-5*, Case No. 09-cv-05232, 2010 WL 271426 (N.D. Cal. Jan. 21, 2020) (granting limited discovery to determine defendants' identities and locations for purposes of service under Rule 4 of the Federal Rules of Civil Procedure). Furthermore, the Court finds good cause to enlarge the time for Plaintiff to serve the Defendants. Accordingly, it is hereby:

1. ORDERED that Plaintiff's *Ex Parte* Application for Leave to Take Additional Immediate and Limited Discovery and to Enlarge Time for Service is GRANTED; it is further

1  2.  ORDERED that Plaintiff may immediately serve Rule 45 subpoenas to Google to
2  obtain any identifying information relating to the following email addresses:
3  melongiovanovik@gmail.com
4  prsmusicoriginal@gmail.com
5  ahmadorio11@gmail.com
6  nicholasmaroney5612@gmail.com
7  govprotect6@gmail.com
8  rivaldiburila@gmail.com
9  gregorycruse1@gmail.com
10  pedleydemetre@gmail.com
11  bellardbard010@gmail.com
12  saarmobihe29@gmail.com
13  c3671583@gmail.com
14  bernovicmoris@gmail.com
15  jtiara905@gmail.com
16  bagishared@gmail.com
17  Such information shall include, without limitation, IP addresses, names, current
18  and permanent addresses, telephone numbers, ~~payment information~~, and any metadata related to
19  these email addresses to determine Doe Defendants' identities and locations.
20  3.  ORDERED that Plaintiff may immediately serve Rule 45 subpoenas on
21  NameCheap and CloudFlare to obtain any identifying information relating to the following domain
22  names:
23  Mp3juice.blog
24  Yt-mp3.blog

1          www-y2mate.blog

2          mp3-juices.app

3          pppyoutube.com

Such information shall include, without limitation, IP addresses, names, current and permanent addresses, telephone numbers, ~~payment information~~, and any metadata related to the owners and/or operators of these domain names and their websites to determine Doe Defendants' identities and locations.

4.    ORDERED that Plaintiff shall file further *Ex Parte* Application(s) to serve additional Rule 45 subpoenas should the limited discovery granted by this Court fail to identify and indicate the location of the Doe Defendants.

5.    ORDERED that Plaintiff shall serve a copy of this Order along with any subpoenas issued pursuant to this Order.

6.    ORDERED that if any entity subpoenaed pursuant to this Order wishes to move to quash the subpoena, it must do so before the return date of the subpoena, which shall be no earlier than 30 days from the date of service.

7.    ORDERED that the subpoenaed entity shall preserve any subpoenaed information pending the resolution of any timely-filed motion to quash.

8.    ORDERED that Plaintiff has ninety (90) days following the date of this order to make service of the Complaint on Defendants under Fed. R. Civ. P. 4(m). The Court resets the Initial Case Management Conference for 9/19/2024, at 1:30 pm, via Zoom. The Case Management Statement is due by 9/12/2024.

9. The Court has stricken Plaintiff's requests for "payment information". Subpoenaed entities shall produce any names, addresses, or similar identifying information that may be included within "payment information", but shall redact or withhold financial information, bank account numbers, or the like, absent further order based on a specific showing of need.

DATED: May 17, 2024

                                                   Lisa J. Cisneros
                                                   United States Magistrate Judge