Matthew Shayefar (Cal. SBN. 289685)
matt@shayefar.com
Law Office of Matthew Shayefar, PC
750 N. San Vicente Blvd, 800 West
West Hollywood, California 90069
Tel: 323-948-8101

*Attorney for Plaintiff CreativeCode Ltd.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CREATIVECODE LTD.<br><br>  Plaintiff,<br><br>v.<br><br>DOES 1-20<br><br>  Defendants. | **CASE NO. 23-cv-03832-LJC**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE CASE WITHOUT PREJUDICE**<br><br>Hon. Lisa J. Cisneros |

PLEASE TAKE NOTICE, that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff CreativeCode Ltd. hereby dismisses this action in its entirety without prejudice.

Dated: August 16, 2024

Respectfully submitted,
Plaintiff CreativeCode Ltd.,
By its attorney,

/s/ Matthew Shayefar
Matthew Shayefar, Esq. (SBN 289685)
Law Office of Matthew Shayefar, PC